UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-81108-CIV-RYSKAMP/VITUNAC

**MERIDIAN OF PALM BEACH CONDOMINIUM ASSOCIATION, INC.,**

    Plaintiff,

vs.

**QBE INSURANCE CORPORATION,**
a foreign corporation,

    Defendant.
_____/

## ORDER CLOSING CASE

In consideration of the foregoing Stipulation filed May 23, 2008 [DE 46], it is

ORDERED AND ADJUDGED that this cause is hereby dismissed with prejudice, each party to bear its own attorneys fees and costs, all liens and subrogated interests are to be paid by the Plaintiff out of the proceeds of the settlement between the parties to the stipulation. The clerk of court shall close this case and deny any pending motions as moot.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 23rd day of May, 2008.

                                  S/Kenneth L. Ryskamp
                                  KENNETH L. RYSKAMP
                                  UNITED STATES DISTRICT JUDGE

Case 9:06-cv-81108-KLR   Document 47   Entered on FLSD Docket 05/28/2008   Page 2 of 2